1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON E. MORRIS,

11          Plaintiff,                    No. 2:12-cv-2448 CKD P

12      vs.

13   C.M. GREEN,

14          Defendant.

15   _____/          ORDER

16          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

18   § 1915.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20          Plaintiff has submitted a declaration that makes the showing required by 28

21   U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

22          Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28

23   U.S.C. §§ 1914(a), 1915(b)(1).  By separate order, the court will direct the appropriate agency to

24   collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the

25   Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the

26   preceding month's income credited to plaintiff's prison trust account.  These payments will be

1

1   forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

2   account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

3          The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983

4   and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a

5   reasonable opportunity to prevail on the merits of his First Amendment retaliation claim.

6          In accordance with the above, IT IS HEREBY ORDERED that:

7          1.  Plaintiff's request for leave to proceed in forma pauperis (Dkt. No. 5) is

8   granted.

9          2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.

10  All fees shall be collected and paid in accordance with this court's order to the Director of the

11  California Department of Corrections and Rehabilitation filed concurrently herewith.

12         3.  Service is appropriate for defendant Green.

13         4.  The Clerk of the Court shall send plaintiff a USM-285 form, a summons, an

14  instruction sheet and a copy of the complaint filed September 27, 2012.

15         5.  Within thirty days from the date of this order, plaintiff shall complete the

16  attached Notice of Submission of Documents and submit the following documents to the court:

17              a.  The completed Notice of Submission of Documents;

18              b.  One completed summons;

19              c.  One completed USM-285 form; and

20              d.  Two copies of the endorsed complaint filed September 27, 2012.

21         6.  Plaintiff need not attempt service on defendant and need not request waiver of

22  service.  Upon receipt of the above-described documents, the court will direct the United States

23  /////

24  /////

25  /////

26  /////

2

Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: October 30, 2012

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
morr2448.1

1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEON E. MORRIS,

11            Plaintiff,                          No. 2:12-cv-2448 CKD P

12       vs.

13   C.M. GREEN,                                  NOTICE OF SUBMISSION

14            Defendant.                          OF DOCUMENTS

15   _____/

16            Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            _____        completed summons form

19            _____        completed USM-285 form

20            _____        copies of the _____
                                         Complaint

21   DATED:

22

23                                               _____
                                                 Plaintiff
24

25

26