IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

        Plaintiff,               No. 2:12-cv-2448 CKD P

    vs.

C.M. GREEN,

        Defendant.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On October 30, 2012, the court granted plaintiff's motion to proceed in forma pauperis after the court determined that plaintiff had demonstrated that he is unable to afford the filing fee for this action. However, because it has already been determined that plaintiff has "struck out" under 28 U.S.C. § 1915(g), and because plaintiff fails to allege he is under imminent danger of serious physical harm, plaintiff's in forma pauperis status will be revoked.[1]

---

[1] The court did not immediately recognize that plaintiff has "struck out" due in part to the fact that plaintiff indicated in his original complaint that he had filed only four federal lawsuits before this one. A review of court records from this district, and the Northern and Southern Districts of California reveal that plaintiff filed at least 15 lawsuits before this one. Plaintiff has filed nine cases in this court since August of 2010. Eight of those cases are still pending.

1

Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

On April 3, 2008 in a case brought by plaintiff in the United States District Court for the Northern District of California, Morris v. Woodford, 3:07-cv-4198 MJJ, the judge determined that plaintiff had "struck out" under § 1915(g) and dismissed the case.[2] Plaintiff appealed the decision. On August 4, 2008, the Ninth Circuit denied plaintiff's request to proceed in forma pauperis on appeal without explanation and ordered plaintiff to pay the filing fee. Plaintiff's appeal was dismissed on September 4, 2008 for failure to pay the filing fee and the mandate with respect to that decision was issued that day as well. Accordingly, the decision that plaintiff had "struck out" under § 1915(g) was final well before this action was filed in 2012. In his complaint, plaintiff seeks damages against defendant for retaliating against plaintiff in several respects for filing prisoner grievances. Plaintiff does not seek injunctive relief nor point to anything suggesting he is under imminent danger of serious physical injury.

In light of the foregoing, plaintiff's in forma pauperis status will be revoked and plaintiff will be ordered to pay the $350 filing fee for this action within 21 days. Plaintiff's failure to file the filing fee within 21 days will result in a recommendation that this action be dismissed.

---

[2] The court found that plaintiff had two cases dismissed for failure to state a claim upon which relief could be granted and that an appeal filed by plaintiff which had been dismissed was frivolous. The decisions in all three cases were final before plaintiff brought 3:07-cv-4198 MJJ in the Northern District. Plaintiff had a full and fair opportunity to challenge the 'three strikes' finding in 3:07-cv-4198 MJJ. In any case, the court has reviewed the cases identified as "strikes" by the Northern District and finds that the determination that those cases do constitute strikes is not inconsistent with current Ninth Circuit authority.

2

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is revoked; and

2. Plaintiff shall pay the $350 filing fee for this action within 21 days. Failure to pay the filing fee within 21 days will result in a recommendation that this action be dismissed without prejudice.

Dated: December 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] morr2448.rifp

3