IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEON E. MORRIS,

    Plaintiff,                    No. 2:12-cv-2448 CKD P

    vs.

C.M. GREEN,                       <u>ORDER AND</u>

    Defendant.            <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        On December 11, 2012, plaintiff's in forma pauperis status was revoked and plaintiff was ordered to pay the filing fee for this action within 21 days. In that order, plaintiff was warned that failure to pay the filing fee within 21 days would result in a recommendation that this action be dismissed. The 21 day period has now expired.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case. And, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate

1

Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 24, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
morr2240.dis